# In the United States Bankruptcy Court for the District of Maryland

| | |
|---|---|
| In re: <br><br> **REBECCA K. HITTLE,** <br><br> *Debtor*. | Bankruptcy No. 14-2-3722 WIL <br><br> Chapter 13 <br><br> **SECOND MOTION FOR EXTENSION OF TIME** |

**Now Comes** Debtor, Rebecca K. Hittle, by counsel Chung & Press, LLC and Brett Weiss, and, pursuant to Rule 9006(b)(1), moves this Court for a second extension of time to file the Statement of Financial Affairs, Form 22, Schedules and Chapter 13 Plan, and states:

1. Debtor had initially filed a "thin Petition" to stop a garnishment, and the Statement of Financial Affairs, Form 22, Schedules and Chapter 13 Plan have not yet been filed.

2. Debtor has had difficulty retrieving previous paystubs from her employer, which are necessary to prepare and file the statements, schedules and lists required by Rule 1007.

3. Counsel will be able to file such documents by October 10, 2014.

**Wherefore**, Debtor prays that the time for filing the Statement of Financial Affairs, Schedules and Chapter 13 Plan be extended to October 10, 2014.

    Respectfully Submitted,

    CHUNG & PRESS, LLC

    By: _____/s/ Brett Weiss_____
        BRETT WEISS
        Fed. Bar 2980
        6404 Ivy Lane, Suite 730
        Greenbelt, Maryland 20770
        (301) 924–4400
        lawyer@brettweiss.com

## CERTIFICATE OF SERVICE

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝖈𝖊𝖗𝖙𝖎𝖋𝖞 that a copy of the foregoing document was, this 2nd day of October, 2014, transmitted electronically via ECF to Nancy Grigsby, the Chapter 13 Trustee.

                                                _____/s/ Brett Weiss_____
                                                BRETT WEISS